**FILED**
**September 17, 2025**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:25-MJ-916-BN |
| YORDANIS COBOS-MARTINEZ | |

# MOTION FOR DETENTION AND
# MOTION TO CONTINUE DETENTION HEARING

The United States moves for pretrial detention of defendant, **Yordanis Cobos-Martinez**, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

   _____ Crime of violence (18 U.S.C. § 3156);

   _____ Maximum sentence life imprisonment or death;

   _____ 10 + year drug offense;

   _____ Felony, with two prior convictions in above categories;

   __X__ Serious risk defendant will flee;

   __X__ Serious risk obstruction of justice;

   _____ Felony involving a minor victim;

   _____ Felony involving a firearm, destructive device, or any other

       dangerous weapon; or

   _____ Felony involving a failure to register (18 U.S.C. § 2250).

**Motion for Detention - Page 1**

2.   <u>Reason for Detention</u>:  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required;

   __X__ Safety of any other person and the community

3.   <u>Rebuttable Presumption</u>:  The United States will invoke the rebuttable presumption against defendant because (check all that apply):

   _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

   _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

   _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

   _____ Previous conviction for "eligible" offense committed while on pretrial bond.

4.   <u>Time for Detention Hearing</u>:  The United States requests the Court conduct the detention hearing,

   _____ At first appearance

   __X__ After continuance of __3__ days (not more than 3).

**Motion for Detention - Page 2**

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

  *s/ Robert Withers*
ROBERT WITHERS
Assistant United States Attorney
Texas Bar No. 24072758
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Robert.Withers@usdoj.gov

**Motion for Detention - Page 3**