**FILED**
**September 17, 2025**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YORDANIS COBOS-MARTINEZ | NO. 3:25-MJ-916-BN |

### ORDER GRANTING MOTION TO UNSEAL COMPLAINT

The Court has considered the government's motion to unseal the Complaint and Affidavit in the above captioned case.   The Court finds this motion should be granted.

It is therefore ordered that the Complaint is unsealed.

SO ORDERED this 17th day of September 2025.

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE